# Order

September 4, 2012

145287 & (25)

ALLSTATE INSURANCE COMPANY,
　　　　　Plaintiff-Appellee,

v

A&A MEDICAL TRANSPORTATION
SERVICES, INC., CITY REHAB, INC.,
EASY RIDE TRANSPORTATIONS, INC.,
GREAT MEDICAL TRANSPORTATION,
INC., JACOB TRANSPORTATION, INC.,
NEIGHBORHOOD TRANSPORTATION,
SCHAEFER PHYSICAL THERAPY, d/b/a
MEDICAL DIAGNOSTICS, FIRST CHOICE
REHAB, GRAND TOTAL REHAB, INC.,
WARREN PHYSICAL THERAPY, INC.,
OAKMAN DIAGNOSTIC CENTER, P.C.,
UNIVERSITY REHAB, INC., COMMUNITY
REHAB, INC., PRIMARY CARE PHYSICAL
MEDICINE & REHABILITATION, INC.,
PRIMARY CARE OF SOUTHFIELD, INC.,
TRI COUNTY MEDICAL CENTER, INC.,
TRI TRANSPORTATION, INC., MIDWEST
HEALTHCARE, INC., UNIMED
REHABILITATION AND DIAGNOSTICS,
INC., THERAPEUTIC VALUE CARE OF
DETROIT, INC., THERAPEUTIC VALUE
CARE OF EASTPOINTE, INC., DISCOVERY
DIAGNOSTIC, INC., ACCURATE PHYSICAL
MEDICINE & DIAGNOSTIC TESTING, INC.,
EASTERN MICHIGAN REHAB, INC., FAITH
REHAB CENTER, INC., MERCY OF
DETROIT REHABILITATION CENTER, INC.,
MIDWEST HEALTHCARE, P.C. (a/k/a
MIDWEST HEALTHCARE, INC.), PREMIER
CHIROPRACTIC CLINIC, INC., RAJA'S
DURABLE MEDICAL EQUIPMENT, INC.,
YOUSSEF BAKRI, AMALE BAZZI, ZEF
DEDVUKAJ, DAUO FARAJ, IMAN FAWAZ,
NAIM KHANAFER, ALI MAKKI, D.C.,
GHADA MAKKI, RAJA ZAHR, NAZIHA
MAKKI, RAFAAT SOURIAL, SOUTHFIELD
CHIROPRACTIC CLINIC, P.C., WARREN

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145287
COA: 305707
Oakland CC: 2002-039177-CZ

CHIROPRACTIC & REHAB CLINIC, P.C., and
JOHNNY MUFARREH,
       Defendants-Appellants,
and

PHYSICIANS REHABILITATION, L.L.C.,
SOUTHFIELD CHIROPRACTIC CLINIC,
P.C., and WARREN CHIROPRACTIC &
REHAB CLINIC, P.C.,
       Defendants/Counter-Plaintiffs,
       Third-Party Plaintiffs-Appellants,
v

ALLSTATE INSURANCE COMPANY,
       Plaintiff/Counter-Defendant,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
       Plaintiff-Appellee,
v

1 REHAB, INC., CITY REHAB, INC.,
FIRST CHOICE REHAB, INC., GRAND
TOTAL REHAB, INC., MICHIGAN REHAB,
INC., PHYSICIANS REHAB, L.L.C.,
PRIMARY CARE OF SOUTHFIELD, INC.,
PRIMARY CARE PHYSICAL MEDICINE
AND REHABILITATION, INC.,
THERAPEUTIC VALUE CARE OF DETROIT,
INC., THERAPEUTIC VALUE CARE OF
EASTPOINTE, INC., TRI COUNTY MEDICAL
CENTER, INC., UNIMED REHAB AND
DIAGNOSTIC, INC., UNIVERSITY REHAB,
INC., WARREN PHYSICAL THERAPY, INC.,
GHADA MAKKI, AMALE BAZZI a/k/a AMALI
BAZZI, YOUSSEF BAKRI, ZEF DEDVUKAJ,
RAJA ZAHR, IMAN FAWAZ, and ZUBAIR
RATHUR,
       Defendants-Appellants.
_____/

      On order of the Court, the application for leave to appeal the May 7, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____

Clerk

t0827